SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SB: 212179)
kvilchez@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054
Attorneys for Defendant
FORD MOTOR COMPANY

Roger Kirnos (SBN: 283163)
kirnos@knightlaw.com
Russell W. Higgin (SBN: 226124)
russellh@knightlaw.com
KNIGHT LAW GROUP, LLP
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Tel: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiffs
EDWARD ESMAILI and ROSIE ESMAILI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| EDWARD ESMAILI and ROSIE ESMAILI, <br><br> Plaintiffs, <br><br> vs. <br><br> MCAULEY FORD, INC., a California Corporation dba MCAULEY FORD; FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 1:23-cv-00368-TLN-CKD <br><br> Judge: Hon. Troy L. Nunley <br> Magistrate: Hon. Carolyn K. Delaney <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND DEADLINES** <br><br> State Comp. Filed: January 4, 2023 <br> Removed:  March 9, 2023 <br> Trial Date: Not set |
|---|---|

**HAVING CONSIDERD THE PARTIES JOINT STIPULATION TO CONTINUE PRETRIAL DATES AND DEADLINES:**

It is hereby ordered that the dates set forth in the Court's July 19, 2023, Scheduling Order are vacated, and the following pre-trial dates and deadlines are set as follows:

| Hearing | Current Date | Proposed New Date |
| --- | --- | --- |
| Jury Trial | Not set | To Be Set Following Hearings on Dispositive Motion(s) |
| Final Pre-Trial Conference ("FPTC") | Not Set | To Be Set Following Hearings on Dispositive Motion(s) |
| Last day to file Dispositive Motions | July 8, 2024 | **January 7, 2025** |
| All Discovery Cut-Off | April 26, 2024 | **October 28, 2024** |
| Initial Expert Disclosures (F.R.C.P 26(a)(2)) | May 6, 2024 | **November 6, 2024** |
| Supplemental Expert Disclosures (F.R.C.P 26(a)(2)(c)) | May 13, 2024 | **November 13, 2024** |
| Expert Discovery Close | May 20, 2024 | **November 20, 2024** |

IT IS SO ORDERED:

Dated: April 19, 2024

Troy L. Nunley
United States District Judge