# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD ESMAILI AND ROSIE ESMAILI,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, et al.**<br><br>Defendant. | Case No.: **1:23-cv-00368-TLN-CKD**<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Troy L. Nunley |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs EDWARD ESMAILI and ROSIE ESMAILI ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

-1-
ORDER ON STIPULATION

-2-

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $35,000.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $35,000.00 to Plaintiffs within 45 days of September 4, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2024

_____
Troy L. Nunley
United States District Judge